IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2002 DEC -3 A 11: 21

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | |
|---|---|
| TERRI BAKER ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. JFM02CV3239 |
| v. ) | |
| ) | |
| GREYHOUND BUS LINE, ) | |
| RAY ROBINSON ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Defendants' Motion To Extend Deadlines in the Scheduling Order Or, In The Alternative, Stay the Lawsuit Pending a Resolution of Defendants' Motion to Dismiss, and any opposition thereto, it is on this ___ day of _____, 2002,

ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED all deadlines in the Scheduling Order be extended by thirty (30) days; or in the alternative it is

ORDERED that this lawsuit is stayed pending resolution of Defendants' Motion to Dismiss.

SO ORDERED.

_____
J. Frederick Motz
U.S. DISTRICT COURT JUDGE

DC1 30091114.1



Copies to:

Terri Baker
5220 York Road, M Box 159
Apartment 9E
Baltimore, MD 21212

Karla Grossenbacher, Esq.
Emily Friedman, Esq.
SEYFARTH SHAW
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006-4004

4

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion To Extend Deadlines in the Scheduling Order Or, In The Alternative, Stay the Lawsuit Pending a Resolution of Defendants' Motion to Dismiss was served by first-class mail, postage prepaid this 25th day of November, 2002 on:

>Terri Baker
>5220 York Road, M Box 159
>Apartment 9E
>Baltimore, MD 21212

_____
Emily Friedman