IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TERRI BAKER | * | |
| | * | |
| v. | * | Civil No. JFM-02-3239 |
| | * | |
| GREYHOUND BUS LINE | * | |
| RAY ROBINSON | * | |
| | ***** | |

ORDER

For the reasons stated in the accompanying memorandum, it is, this 14th day of January 2003

ORDERED

1. Defendants' motion to dismiss is granted; and

2. This action is dismissed.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　J. Frederick Motz
　　　　　　　　　　　　　　　　　United States District Judge

3